Dear, Mr. Abel Acosta                    July 21, 2015

   My name is Damion L. Hollins, TDC #1874970.
I'm writing to let you know that, I been
transferred from Byrd unit to Eastham unit
and this the address Eastham unit 2665
prison Rd. #1 Lovelady, Tx 75851.

                         Thank you
                         for your time.

                         God bless!!

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk